JS 45 (01/2008)

**Filed Pursuant to the E-Government Act of 2002**

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**  Under Seal: Yes ___ No X    Judge Assigned: _____
City Alexandria    Superseding Indictment ___    Criminal Number: 1:11-CR-119
County/Parish Alexandria    Same Defendant ___    New Defendant ___
Magistrate Judge Case Number _____   Arraignment Date: _____
Search Warrant Case Number _____
R 20/R 40 from District of _____
Related Case Name and No:   U.S. v. Farkas, 1:10Cr200 - LMB

**Defendant Information:**
Juvenile —Yes ___ No X   FBI # _____
Defendant Name: Teresa A. Kelly    Alias Name(s) _____
Address: [redacted], Ocoee, FL 34761
Employment: _____
Birth date [redacted]/76   SS# [redacted]1979   Sex F   Def Race W   Nationality USA   Place of Birth _____
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos _____
Interpreter: X No ___ Yes   List language and/or dialect: _____   Automobile Description _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    X Not in Custody
___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**
Name: Alan Yamamoto    ___ Court Appointed    Counsel conflicted out: _____
Address: _____    X Retained
Telephone: 703-684-4700    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA Paul J. Nathanson    Telephone No: 703-299-3700    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
FBI, 601 4th St. N.W., Washington, DC 20535, 202-278-2000, Scott Turner, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit offense or to defraud the United States | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date:  March 7, 2011    Signature of AUSA: _____