SEP 27 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:11CR119 |
| v. ) | |
| ) | |
| TERESA KELLY, ) | |
| ) | |
| Defendant. ) | |

## RESTITUTION JUDGMENT

1. The defendant is sentenced to pay restitution ~~amounts to the victims, as set forth~~ in the amount of $400,000.00 to the Federal Deposit Insurance Corporation, ~~Attachment A~~, jointly and severally with any co-defendants who are ordered to pay restitution for the same losses.

2. In order to insure that the defendant is able to pay the amounts which the Clerk may distribute to the victims, the defendant is hereby restrained and enjoined from dissipating, disposing of, encumbering or otherwise diminishing the value of any assets with a value of more than $5,000 in which the defendant has an interest without first obtaining permission of the United States Probation Office and providing notice to the government. The United States may take all steps it deems appropriate to obtain a lien on the defendant's assets and may provide a copy of this order to any person or entity holding assets of the defendant, and may take any other steps provided by law to preserve the availability of property to satisfy the defendant's restitution obligation.

3. The Clerk is directed to pay ~~victims~~ the Federal Deposit Insurance Corporation the full amount, as set forth in ~~Attachment A~~ this Judgment.

4. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

5. Interest:

    __X__ is waived.

    _____ accrues as provided in 18 U.S.C. § 3612(f).

6. Restitution is due immediately, and notwithstanding any other provision of this Restitution Judgment, the Government may enforce restitution at any time.

7. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

8. The defendant shall pay to the Clerk at least $250 per month beginning 60 days after release from custody.

9. All payments shall be made to the Clerk of Court, United States District Court, 401 Court House Square, Alexandria, VA 22314.

10. The defendant shall notify, within 30 days, the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA 23510 of: (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

11. No delinquent or default penalties will be imposed except upon Order of the Court.

12. Priority of Payments to Victims: Because there is more than one victim, and full amount due as restitution has not been paid, the Clerk shall make payments in $100.00 increments to each of the victims until all victims have been paid in full.

13. Forfeited Funds/Proceeds

    A. Following the completion of forfeiture proceedings against the assets obtained from the defendant, the United States shall supply to the Clerk's Office and defense counsel a

written list of any payments made to victims from any such forfeited items or proceeds, if the forfeited funds are paid directly to victims, rather than to the Clerk of Court for distribution to victims. The Clerk's Office will then offset such payments against the amounts specified in this Restitution Judgment to ensure that the victims receive no more than full compensation and that the defendant is given credit for any such payments on the balance of restitution to be paid.

B. If, in the alternative, any forfeited funds/proceeds are paid directly to the Clerk's Office for distribution, then the Clerk's Office shall distribute those funds to the individual direct victims on a pro rata basis. That is, each individual direct victim shall be entitled to share in the forfeited funds/proceeds in an amount equal to the percentage that each individual's loss is of the total losses of the individual direct victims.

SO ORDERED:

/s/
Leonie M. Brinkema
United States District Judge

ENTERED this 27 day of September, 2011
in Alexandria, Virginia