IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:11CR119 |
| | Honorable Leonie M. Brinkema |
| v. | Sentencing Date:  June 17, 2011 |
| TERESA A. KELLY, | |
| Defendant. | |

## MOTION FOR MODIFICATION OF JUDGMENT

**COMES NOW** TERESA A. KELLY by and through undersigned counsel and respectfully requests the Court to consider a modification of Special Condition #6 of the Judgment entered by this Honorable Court on June 17, 2011. In support of said motion it is submitted:

1. Special Condition #6 requires: "The Defendant shall make a good-faith effort to pay her full restitution obligation during supervised release, to begin 60 days after release from custody, until paid in full. The Defendant shall pay restitution jointly and severally with co-defendants."

2. The Defendant is currently serving a 9 month period of home confinement following her release from custody.

3. Since the commencement of home confinement the Defendant, with approval of the United States Probation office, has been pursuing her A.S. Degree in Paralegal Studies from Valencia College, Orlando, Florida.  This program is approved by the American Bar Association and requires a total of 64 credit hours. The Defendant's anticipated graduation date is April, 2013.

4. The Defendant is a full time student at Valencia College and therefore not currently employed.

5. Undersigned counsel has spoken with Assistant United States Attorney Charles Connolly regarding the issue of the commencement of restitution payments and he has no objection to the Court modifying special condition #6 so that restitution payments commence after she becomes gainfully employed.

**WHEREFORE,** the Defendant respectfully requests this Court to modify Special Condition #6 of the Judgment entered by this Honorable Court, June 17, 2011, allowing restitution to commence upon the Defendant obtaining employment.

    /s/ Robert A. Leventhal
**ROBERT A. LEVENTHAL**
Florida Bar No. 119610
**LEVENTHAL & SLAUGHTER, P.A.**
111 N. Orange Avenue, Suite 700
Orlando, Florida 32801
Telephone: (407) 849-6161
Facsimile: (407) 843-3738
Counsel for Defendant

    /s/ Alan H. Yamamoto
**ALAN H. YAMAMOTO**
Law Offices of Alan Yamamoto
634 S. Washington Street
Alexandria, VA 22314
Telephone: (703) 684-4700
Fax: (703) 684-6643
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail this 22th day of March, 2012 to:

**Charles F. Connolly, Esquire**
Assistant United State Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

**Patrick F. Stokes, Esquire**
Deputy Chief
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 2000

**Karen Moran**
Senior U.S. Probation Officer
401 Courthouse Square
Alexandria, V.A. 22314

_____/s/ Alan H. Yamamoto_____
**ALAN H. YAMAMOTO**
Law Offices of Alan Yamamoto
634 S. Washington Street
Alexandria, VA 22314
Telephone: (703) 684-4700
Fax: (703) 684-6643
Counsel for Defendant